No. 82–1089. CITY OF MARIETTA, GEORGIA, ET AL. *v.* DILLS, DBA MID-GEORGIA SUPPLY, ET AL. C. A. 11th Cir. Certiorari denied.

No. 82–1128. PAVKOVIC, DIRECTOR, ILLINOIS DEPARTMENT OF MENTAL HEALTH AND DEVELOPMENTAL DISABILITIES *v.* TIDWELL ET AL. C. A. 7th Cir. Certiorari denied.

No. 82–1219. SQUIRES *v.* IMMIGRATION AND NATURALIZATION SERVICE. C. A. 6th Cir. Certiorari denied.

No. 82–1262. JAMES *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 82–1264. LOUISIANA *v.* FEDERAL ENERGY REGULATORY COMMISSION ET AL.; and

No. 82–1272. UNITED GAS PIPE LINE CO. *v.* FEDERAL ENERGY REGULATORY COMMISSION ET AL. C. A. D. C. Cir. Certiorari denied. Reported below: 224 U. S. App. D. C. 162 and 212, 694 F. 2d 728 and 778.

No. 82–1275. TERRY *v.* ILLINOIS. App. Ct. Ill., 4th Dist. Certiorari denied.

No. 82–1280. SPAWR OPTICAL RESEARCH, INC., ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 82–1286. BORDERS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 82–1310. HUMPHRIES *v.* SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied.

No. 82–1417. WALKER DIE CASTING, INC. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 6th Cir. Certiorari denied.

No. 82–1439. BORKOWSKI *v.* BORKOWSKI. App. Ct. Ill., 1st Dist. Certiorari denied.